CLARA YOUNG, Appellant, v. BUFFALO GENERAL ELECTRIC COMPANY and Another, Respondents. CLARA YOUNG, Appellant, v. MARION TOMASETTI and PETER TOMASETTI, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ALMON M. HARRIS and FRANK W. STERNBERG, Appellants, v. JOSEPH H. CASHIMERE, Respondent.— Judgment affirmed, with costs. All concur, except Taylor, J., who dissents on the law and facts and votes for reversal. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

NAMAN J. ABOUNADER, Respondent, v. STROHMEYER & ARPE COMPANY, Appellant.— Motion for reargument denied and motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

MARGARET H. YAX, Respondent, v. ALBERT C. YAX and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME E. LEWIS, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

THE NATIONAL BANK OF ROCHESTER, Respondent, v. TRISCO REALTY CORPORATION, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

WOLCOTT MOTOR COMPANY, INC., Appellant, v. CONRAD WALTHER, Respondent.— Appeal dismissed unless appellant shall file and serve printed records by June fifteenth, printed briefs by June twenty-fifth, pay to respondent's attorneys ten dollars, in default of which order of dismissal will be entered without notice. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

PATRICK O'MEARA, Respondent, v. SOUTH PENN OIL COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed records by June fifteenth, printed briefs by June twenty-fifth, and pay to respondent's attorneys ten dollars, in default of which order of dismissal will be entered without notice. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

IRENE CONLEY, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed records by June fifteenth, printed briefs by June twenty-fifth, in default of which order of dismissal will be entered without notice. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

HELEN LAUBSCHER, Respondent, v. CORNING AND PAINTED POST STREET RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and printed briefs by August fifteenth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Appointment of a MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR, for the Eighth Judicial District.— Hon. Frederick W. Kruse is appointed a member of said committee in place of Hudson Ansley, deceased. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.